UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF THE DETROIT
CARPENTERS FRINGE BENEFIT FUNDS,

      Plaintiffs,

v

DNS Contracting, Inc.,
a Michigan corporation, and
David S. Spaw, an individual,
Jointly and severally,

      Defendants.

Case No. 20-cv-10839
Hon. George Caram Steeh

| WALTER B. FISHER JR. (P51337)<br>CHARLES S. KENNEDY, III (P49486)<br>FILDEW HINKS, PLLC<br>Attorneys for Plaintiffs<br>26622 Woodward Avenue, Suite 225<br>Royal Oak, MI 48067<br>(248) 837-1397<br>wfisher@fildewhinks.com<br>ckennedy@fildewhinks.com | ROBERT A. POLLICE (P26484)<br>Attorneys for Defendants<br>302 W. Main Street<br>Northville, MI 48167<br>(734) 207-3600<br>robert@pollicelaw.com |
|---|---|

## **CONSENT JUDGMENT**

      Upon stipulation of the parties hereto, as attested to by the signatures appearing below, and

      It appearing to the Court that DNS Contracting, Inc., has a collective bargaining agreement which obligates it to make payment of fringe benefits to plaintiffs and that DNS Contracting, Inc., has an indebtedness for fringe benefits for the period October 1, 2016,

through September 30, 2019, totaling $50,000.00 which is due to plaintiffs from DNS Contracting, Inc., and the Court being fully advised in the premises,

IT IS ORDERED that judgment be, and it is hereby, entered in favor of plaintiffs against DNS Contracting, Inc., in the amount of $50,000.00 with interest at the statutory rate, but without costs and attorneys fees.

s/George Caram Steeh  
GEORGE CARAM STEEH  
United States District Judge

Dated: July 7, 2021

We approve entry of this judgment, waiving hearing and notice of hearing thereon.

**FILDEW HINKS, PLLC**

By: /s/Walter B. Fisher Jr.  
Walter B. Fisher Jr.  
Attorneys for Plaintiffs  
26622 Woodward Avenue  
Suite 225  
Royal Oak, MI  48067  
(248) 837-1397  
wfisher@fildewhinks.com  
P51337

By: /s/ Robert A. Pollice  
Robert A. Pollice  
Attorneys for Defendants  
302 W. Main Street  
Northville, MI  48167  
(734) 207-3600  
robert@pollicelaw.com  
P26484

Dated: July 6, 2021              Dated: July 6, 2021