# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

TRUSTEES OF THE DETROIT
CARPENTERS FRINGE BENEFIT FUNDS,

      Plaintiffs,

v

DNS Contracting, Inc.,
a Michigan corporation, and
David S. Spaw, an individual,
Jointly and severally,

      Defendants.

Case No. 20-cv-10839
Hon. George Caram Steeh

| WALTER B. FISHER JR. (P51337)<br>CHARLES S. KENNEDY, III (P49486)<br>FILDEW HINKS, PLLC<br>Attorneys for Plaintiffs<br>26622 Woodward Avenue, Suite 225<br>Royal Oak, MI 48067<br>(248) 837-1397<br>wfisher@fildewhinks.com<br>ckennedy@fildewhinks.com | ROBERT A. POLLICE (P26484)<br>Attorneys for Defendants<br>302 W. Main Street<br>Northville, MI 48167<br>(734) 207-3600<br>robert@pollicelaw.com |
|---|---|

## STIPULATED ORDER TO DISMISS

The parties having stipulated to entry of this order, and the Court being otherwise advised;

IT IS SO ORDERED that the case against David S. Spaw be dismissed with prejudice, each party to bear its own costs and attorneys fees in this matter.

                                      s/George Caram Steeh
                                      GEORGE CARAM STEEH
                                      United States District Judge

Dated: July 7, 2021

**FILDEW HINKS, PLLC**

| | | | |
|---|---|---|---|
| By: | /s/Walter B. Fisher Jr. | By: | /s/ Robert A. Pollice |
| | Walter B. Fisher Jr. | | Robert A. Pollice |
| | Attorneys for Plaintiffs | | Attorneys for Defendants |
| | 26622 Woodward Avenue | | 302 W. Main Street |
| | Suite 225 | | Northville, MI  48167 |
| | Royal Oak, MI  48067 | | (734) 207-3600 |
| | (248) 837-1397 | | robert@pollicelaw.com |
| | wfisher@fildewhinks.com | | P26484 |
| | P51337 | | |

Dated: July 6, 2021　　　　　　　　　　　Dated: July 6, 2021